129 A.3d 1235

**Vamsidhar VURIMINDI, Petitioner**

v.

**OFFICE OF DISTRICT ATTORNEY, PHILADELPHIA and Office of Attorney General, Commonwealth of PA and Hon. Judge Sheila Woods–Skipper and Court of Common Pleas, Philadelphia, Respondents.**

**No. 141 EM 2015.**

Supreme Court of Pennsylvania.

Dec. 24, 2015.

***ORDER***

PER CURIAM.

**AND NOW,** this 24th day of December, 2015, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.** The Prothonota-

ry is **DIRECTED** to strike the name of the jurist from the caption.

Justice EAKIN did not participate in the decision of this matter.